IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00636-REB-KLM

VIDEO PROFESSOR, INC., a Colorado corporatiion,,

   Plaintiff,

v.

AMAZON.COM, INC., a Delaware corporation,

   Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on Defendant's **Unopposed Motion to Amend Scheduling Order** [Docket No. 21; Filed August 5, 2009] (the "Motion").

   IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The parties shall supplement the "Undisputed Facts" section of the Scheduling Order by amendment on or before **August 21, 2009**.

Dated:  August 6, 2009