IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00636-REB-KLM

VIDEO PROFESSOR, INC., a Colorado corporatiion,,

Plaintiff,

v.

AMAZON.COM, INC., a Delaware corporation,

Defendant(s).

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 0 9 2009

GREGORY C. LANGHAM
          CLERK

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on a **Joint Motion for Entry of Stipulated Protective Order** [Docket No. 25; Filed September 8, 2009] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Protective Order is **accepted** for filing and is entered as an Order of the Court as of the date of this Minute Order.

Dated: September 9, 2009