## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00636-REB-KLM

VIDEO PROFESSOR, INC., a Colorado corporation,

    Plaintiff,

v.

AMAZON.COM, INC., a Delaware corporation,

    Defendant.

## JUDGMENT

Pursuant to the **Order Granting Defendant's Motion for Summary Judgment** [#74] entered by Judge Robert E. Blackburn on April 21, 2010, which order is incorporated by reference,

**IT IS ORDERED** as follows:

1. That the **Defendant's Motion for Summary Judgment and Memorandum in Support Thereof (Oral Argument Requested)** [#30 - redacted version] [#32 - docket entry for motion filed under seal] filed October 27, 2009, is **GRANTED**;

2. That **JUDGMENT IS ENTERED** in favor of the defendant, Amazon.com, Inc., a Delaware corporation, and against the plaintiff, Video Professor, Inc., a Colorado corporation;

3. That the defendant is **AWARDED** its costs to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d) and D.C.COLO.LCivR 54.1; and

4. That this case is **CLOSED.**

Civil Action No.  09-cv-00636-REB-KLM
Judgment

DATED at Denver, Colorado this 23rd day of April, 2010.

                                    FOR THE COURT:

                                    GREGORY C. LANGHAM, CLERK

                                    s/ Edward P. Butler
                                    Edward P. Butler,
                                    Deputy Clerk