**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00636-REB-KLM

VIDEO PROFESSOR, INC., a Colorado corporation,

    Plaintiff,

v.

AMAZON.COM, INC., a Delaware corporation,

    Defendant.

---

## MINUTE ORDER[1]

---

    The matter before the court is defendant's **Unopposed Motion To Withdraw Motion To Declare Case Exceptional Pursuant to 15 U.S.C. § 1117 and Award Defendant Its Reasonable Attorney Fees** [#92] filed August 3, 2010. The motion is **GRANTED** and defendant Amazaon.com, Inc's **Motion To Declare Case Exceptional Pursuant to 15 U.S.C. § 1117 and Award Defendant Its Reasonable Attorney Fees** [#79] filed May 7, 2010, is **WITHDRAWN**.

    Dated: August 4, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.